UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. LETTIERI,

    *Plaintiff,*

v.

DISPLINE HEARING OFFICER., et al.,

    *Defendants.*

No. 25-cv-12400-PGL

## REPORT AND RECOMMENDATION FOR DISMISSAL AND ORDER OF REASSIGNMENT

LEVENSON, U.S.M.J.

On August 29, 2025, David C. Lettieri, who is confined at FMC Devens, filed a complaint against 10 defendants concerning "an unlawful search and seizure that had happen[ed] because of a false ticket that had placed the plaintiff in special housing unit for fifty-eight days in which no dis[ci]pline segregation was issued." Docket No. 1 at 2. On November 20, 2025, I entered an Order (Docket No. 7) denying, without prejudice, Plaintiff's Motion (Docket No. 2) for leave to proceed *in forma pauperis*. That order notified Plaintiff that, in order to proceed with this action, he must pay the $405 filing fee or show good cause why he should not be required to do so within twenty-eight days. Docket No. 7. I further notified him that failure to do so may result in dismissal of this action by a District Judge. *Id.*

On December 8, 2025, Plaintiff filed a second motion for leave to proceed *in forma pauperis* (Docket No. 9), which I treated as a motion to reconsider and on December 10, 2025, I denied the motion (Docket No. 11).

Twenty-eight days have passed, and to date, Plaintiff has not paid the filing fee. Nor has he shown good cause why he should not be required to do so.

In accordance with the Court's previous Memorandum and Order (Docket No. 7), I **RECOMMEND** that this action be **DISMISSED**.

I **ORDER** the Clerk to reassign this case to a district judge for consideration of this recommendation.

                                                                    /s Paul G. Levenson  
                                                                     Paul G. Levenson  
                                                                     U.S. MAGISTRATE JUDGE

Dated: December 22, 2025

NOTICE OF RIGHT TO OBJECT

In accordance with Rule 3 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, the parties are advised that under the provisions of Federal Rule of Civil Procedure 72(b) or Federal Rule of Criminal Procedure 59(b), any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. *See Keating v. Sec'y of Health & Hum. Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *see also Thomas v. Arn*, 474 U.S. 140 (1985).